UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

-------------------------------------------------------------------X

THIS DOCUMENTS RELATES TO:

*Herman Lee Jones v. Eli Lilly & Co.,* 1:05-cv- 2142

-------------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ AUG 2 9 2005 ★

BROOKLYN OFFICE

04-MD- 1596 (JBW)

     An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on August 17, 2005, granting William P. Connick with the law firm Connick and Connick, L.L.C. motion to withdraw as counsel of record in the action; dismissing the case for failure to prosecute with leave to reinstate with an affidavit by new counsel within one year; and that no costs or disbursements are awarded; it is

     ORDERED and ADJUDGED that the motion of William P. Connick with the law firm Connick and Connick, L.L.C. to withdraw as counsel of record in the action is granted; that the case is dismissed for failure to prosecute with leave to reinstate with an affidavit by new counsel within one year; and that no costs or disbursements are awarded.

Dated: Brooklyn, New York
      August 17, 2005

ROBERT C. HEINEMANN
Clerk of Court